UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KENNETH S. LANGENDORF, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> AMERICAN FAMILY MUTUAL ) <br> INSURANCE COMPANY, S.I., ) <br> ) <br> Defendant. ) | Case No. 4:25-cv-01732-MTS |

## MEMORANDUM AND ORDER

On review of this removed case, the Court concludes that a few procedural issues require addressing. Defendant filed an answer, Doc. [9], followed by a partial motion to dismiss under Federal Rule of Civil Procedure 12(b)(6), seeking dismissal of only Count III, Doc. [9]. The filing of an answer followed by a partial motion to dismiss is, at least, procedurally irregular. *See Hammer v. Post 4, LLC*, 4:24-cv-0105-MTS, 2024 WL 1655391, at *1 (E.D. Mo. Apr. 17, 2024). In response, Plaintiff filed a Notice of Voluntary Dismissal of Count III, which purports to unilaterally dismiss Count III without prejudice. Doc. [11]. Courts generally hold, though, that it is improper for a plaintiff to unilaterally dismiss a single claim. *See Paglin v. Saztec Int'l, Inc.*, 834 F. Supp. 1184, 1189 (W.D. Mo. 1993); *accord Walker v. State*, 158 F.4th 971, 982 (9th Cir. 2025); *In re Esteva*, 60 F.4th 664, 678 (11th Cir. 2023). Plaintiff also filed a Reply to Defendant's Affirmative Defenses, Doc. [12], which the Federal Rules of Civil Procedure do not permit without leave of court. *See* Fed. R. Civ. P. 7(a)(7); *see also Irwin v. Zoll*

*Lab'y Servs., LLC*, 781 F. Supp. 3d 712, 719 (S.D. Iowa 2025); *Cowling v. Deep Vein Coal Co.*, 183 F.2d 652, 655 (7th Cir. 1950).

Given these procedural issues, the Court will require Plaintiff to file an amended complaint for the sake of a clean record. The Court will provide Defendant with the usual time to file its required response to the amended complaint. *See* Fed. R. Civ. P. 15(a)(3). After Defendant files its required response, the Court will set this matter for a Rule 16 conference. Going forward, the parties should comply with the Federal Rules of Civil Procedure.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff shall file an amended complaint in this matter no later than **Wednesday**, **December 24, 2025**. Defendant shall have the usual time to file its required response to the amended complaint.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss Count III, Doc. [9], is **DENIED** without prejudice.

Dated this 10th day of December 2025.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE